UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wildfire Credit Union,

       Plaintiff(s),

v.              Case No. 1:14–cv–14359–TLL–PTM
                Hon. Thomas L. Ludington

Fiserv, Inc.,

       Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion to Dismiss – #46

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Thomas L. Ludington *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/M Sian
                  Case Manager

Dated: February 12, 2016