UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILDFIRE CREDIT UNION, a Michigan Credit Union, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| FISERV, INC., a Wisconsin corporation, also known as FISERV SOLUTIONS, INC., | )<br>)<br>)<br>) |
| | ) |
| Defendant/Counter-Plaintiff, | )<br>)<br>) |
| and | ) |
| OPEN SOLUTIONS, LLC, | )<br>) |
| Counter-Plaintiff. | )<br>) |

Case No. 1:14-cv-14359-TLL-PTM

Hon. Thomas L. Ludington

Hon. Patricia T. Morris, Magistrate Judge

## **STIPULATED ORDER OF DISMISSAL**

This Stipulation is being filed on behalf of Wildfire Credit Union, Fiserv Solutions, Inc. n/k/a Fiserv Solutions, LLC and Open Solutions, LLC, by and through their counsel of record, and seeks dismissal of this action in its entirety and with prejudice, in light of a confidential settlement of all claims in this lawsuit entered into by all parties that have appeared in this action as of June 2, 2016.

Each party will bear its own costs and attorneys' fees. A proposed order is submitted herewith.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice**, in its entirety, with each party to bear its own costs and attorneys' fees. This is a final order and closes the case.

Dated: June 27, 2016                         s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

STIPULATED AND AGREED TO:

KUS RYAN & ASSOCIATES, PLLC          FOLEY & LARDNER LLP

/s/ Cindy Rhodes Victor              /s/ Andrew J. Wronski

Cindy Rhodes Victor (P33613)         Andrew J. Wronski
Michael A. Kus (P27186)              Elizabeth A. N. Haas
Jeffrey S. Horowitz (P66251)         Kate E. Gehl
2851 High Meadow Circle              Foley & Lardner LLP
Suite 120                            777 East Wisconsin Avenue
Auburn Hills, MI  48326              Milwaukee, WI 53202
(248) 364-3090                       awronski@foley.com
cvictor@victorfirm.com               ehaas@foley.com
mkus@krslaw.biz                      kgehl@foley.com
jhorowitz@krslaw.biz                 (414) 271-2400

*Attorneys for Wildfire Credit Union*   Vanessa L. Miller (P67794)
                                        500 Woodward Avenue, Suite 2700
                                        Detroit, MI  48226
                                        vmiller@foley.com
                                        (313) 234-7100
                                        *Attorneys for Open Solutions, LLC, Fiserv, Inc. and Fiserv Solutions, LLC.*

Dated: June 13, 2016

2

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 27, 2016.

                                              s/Michael A. Sian
                                              MICHAEL A. SIAN, Case Manager